# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NATIONAL INTERSTATE INSURANCE COMPANY, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) NO. 3:14-CV-1327 ) |
| NOVA CASUALTY COMPANY, | ) ) |
| Defendant | ) ) |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff National Interstate Insurance Company ("NIIC"), by counsel, and Defendant Nova Casualty Company ("Nova"), by counsel, and pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), hereby submit this Stipulation of Voluntary Dismissal, dismissing with prejudice (1) any and all claims asserted by NIIC against Nova, and (2) any and all claims asserted by Nova against NIIC. Each party shall bear its own attorneys' fees and costs.

/s/ *Alan M. Sowell*
HOWARD, TATE, SOWELL, LEATHERS
 & JOHNSON, PLLC

ALAN M. SOWELL
Tennessee Bar No. 011690
201 Fourth Avenue North, Suite 1900
Nashville, Tennessee 37219
email: asowell@howardtatelaw.com

HARMAN CLAYTON CORRIGAN &
WELLMAN
THOMAS S. GARRETT
Virginia Bar No. 73790
*Admitted Pro Hac Vice*
*Attorneys for Plaintiff*
4951 Lake Brook Drive, Suite 100
Glen Allen, Virginia 23060
email: tgarrett@hccw.com

BAKER, DONELSON, BEARMAN,
CALDWELL, & BERKOWITZ, PC

/s/ *Scott D. Carey*
SCOTT D. CAREY
Tennessee Bar No. 15406
211 Commerce Street
Baker Donelson Center, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-7379
Facsimile: (615) 744-7379
email: scarey@bakerdonelson.com

MARK A. BARBER
Georgia Bar No. 036875
ELIZABETH J. SATTERFIELD
Georgia Bar No. 142533
*Admitted Pro Hac Vice*
*Attorneys for Defendant*
Monarch Plaza, Suite 1600
3414 Peachtree Road NE
Atlanta, GA 30326
Telephone: (404) 577-6000
Facsimile: (404) 221-6501
email: barber@bakerdonelson.com
email: esatterfield@bakerdonelson.com

# CERTIFICATE OF SERVICE

This is to certify that on the 16th day of June, 2015, a copy of **STIPULATION OF VOLUNTARY DISMISSAL** has been served on counsel of record by electronically filing the foregoing with the Clerk by using the CM/ECF system, and that service to the following individuals will be accomplished by the CM/ECF system:

> Mark Barber
> Elizabeth Satterfield
> Monarch Plaza, Ste. 1600
> 3414 Peachtree Road NE
> Atlanta, GA 30326
>
> Scott Carey
> 211 Commerce Street
> Baker Donelson Center, Ste. 800
> Nashville, TN 37201
>
> Thomas Garrett
> 4951 Lake Brook Drive, Ste. 100
> Glen Allen, VA 23060

/s/Alan M. Sowell_____
Alan M. Sowell