IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NATIONAL INTERSTATE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | No. 3:14-cv-01327 |
| v. | ) ) ) | Judge Nixon<br>Magistrate Judge Brown |
| NOVA CASUALTY COMPANY, | ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the parties' Stipulation of Voluntary Dismissal (Doc. No. 51) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own fees and costs. Accordingly, all pending motions in this matter are hereby **TERMINATED AS MOOT** and the Clerk of the Court is directed to **CLOSE** the case.

It is so ORDERED.

This the 17th day of June, 2015.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

1